# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00065-CV

---

**Julia Aguilar as Guardian for Lacey Silva, Appellant**

**v.**

**Twisted 5-S Ranch, LLC; Richard W. Spencer III; Shawn Spencer; Christopher W. Spencer; Midland Cycles, Inc., d/b/a Midland Powersports; Kawasaki Motors Corporation, U.S.A., d/b/a Kawasaki; Kawasaki Motors Manufacturing Corporation, U.S.A., d/b/a Kawasaki; et al, Appellees**

---

### FROM THE 119TH DISTRICT COURT OF CONCHO COUNTY
### NO. DIM-17-04511, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Julia Aguilar (as guardian for Lacey Silva) has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

---

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed: April 11, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).